MM:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: **00-6081**
8 U.S.C. §§ 1326(a), (b)(2)



UNITED STATES OF AMERICA,

v.

OSCAR HERNAN TENORIO-MALLARINO,
a/k/a Jorge Zunega

       Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

On or about March 22, 2000, in Broward County, in the Southern District of Florida, the defendant,

**OSCAR HERNAN TENORIO-MALLARINO,
a/k/a Jorge Zunega,**

an alien, having been previously deported from the United States to Colombia on or about March 8, 1996, knowingly was found in the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

                                          A TRUE BILL

                                          _____
                                          FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

V.

OSCAR HERNAN TENORIO-MALLARINO        **CERTIFICATE OF TRIAL ATTORNEY***
                                       **Superseding Case Information**:

**Court Division**: (Select One)        New Defendant(s)        Yes ___ No ___
                                        Number of New Defendants  _____
___ Miami  ___ Key West                 Total number of counts    _____
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _Yes_____
   List language and/or dialect  _Spanish_____

4. This case will take _1_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days      _X_           Petty      ___
   II   6 to 10 days     ___           Minor      ___
   III  11 to 20 days    ___           Misdem.    ___
   IV   21 to 60 days    ___           Felony     _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _March 22, 2000 (Krome Detention Center)_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                        _____[signature]_____
                                        MATTHEW MENCHEL
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Id No. A5500407

*Penalty Sheet(s) attached                              REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**PENALTY SHEET**

Defendant's Name: <u>Oscar Hernan Tenorio-Mallarino</u>

**Count #I: 8 U.S.C. §§ 1326(a),(b)(2)**

<u>Illegal Reentry after deportation</u>

*Max. Penalty: <u>Twenty years' imprisonment; $250,000 fine</u>

**Count #II:**

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96