AO 442 (Rev. 5/93) Warrant for Arrest                                       AUSA MATTHEW MENCHEL

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

OSCAR HERNAN TENORIO-MALLARINO

## WARRANT FOR ARREST

CASE NUMBER: 00-6081 CR-FERGUSON

FILED by ___ D.C.
MAR 3 0 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   OSCAR HERNAN TENORIO-MALLARINO
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
RE-ENTRY INTO THE UNITED STATES AFTER BEING DEPORTED

in violation of Title   8   United States Code, Section(s)   1326(a), (b)(2)

CLARENCE MADDOX                                    COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

*[signature]*                                      3-30-00   Ft Lauderdale
Signature of Issuing Officer                       Date and Location

Bail fixed at $ Pretrial Detention Requested   by   *[signature]* Lurana S. Snow
                                                    CHIEF MAGISTRATE JUDGE LURANA S. SNOW
                                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.