COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: OSCAR TENORIO-MALLARINO (J)     CASE NO: 00-6081-CR-FERGUSON
AUSA: MATTHEW MENCHEL _Birdfeld_   ATTY: _Benube_
AGENT: _____   VIOL: 8:1326
PROCEEDING I/A ON INDICTMENT          RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no  Stip   COUNSEL APPOINTED FPD
    BOND SET @ 100,000 CSB w/ Nebby
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

Advised of Charges - sworn for
appt'nt of counsel.

Gov't may request
PTD should deft seek
to post or reduce
the bond

(Circle One)
Interpreter Requested
No Interpreter
Not Known
_Spanish_
(Specify Language)

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:                    ✓
                         STATUS CONF:  4-17   //   BSS

Date: 3/31/00  Time 9:30   FTL/LSS TAPE #00- 618  Begin: 1475  End: 1700

re-call 1917 - 2004

3