AO 442 (Rev. 5/93) Warrant for Arrest                           AUSA MATTHEW MENCHEL 463878

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

OSCAR HERNAN TENORIO-MALLARINO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6081 CR-FERGUSON

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    OSCAR HERNAN TENORIO-MALLARINO
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
RE-ENTRY INTO THE UNITED STATES AFTER BEING DEPORTED

in violation of Title    8    United States Code, Section(s)    1326(a), (b)(2)

CLARENCE MADDOX                                  COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

_[signature]_                                    3-30-00  Ft. Lauderdale
Signature of Issuing Officer                      Date and Location

Bail fixed at $ _pretrial_                 by    CHIEF MAGISTRATE JUDGE LURANA S. SNOW
                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/30/2000 | James A. Tassone, US Marshal | _[signature]_ |
| DATE OF ARREST | | |
| 3/31/2000 | FOR: INS | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.