```
                                         UNITED STATES DISTRICT COURT
                        FILED by   D.C.  SOUTHERN DISTRICT OF FLORIDA
                        MAR 31 2000
                        CLARENCE MADDOX  CASE NO. 00-6081-CR-FERGUSON
 UNITED STATES OF AMERICA S.D. OF FLA. FT. LAUD.

       vs
                                         ARRAIGNMENT INFORMATION SHEET
 OSCAR TENORIO-MALLARINO
```

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 31, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____FEDERAL PUBLIC DEFENDER____

                        Address:_____

                        Telephone:_____

BOND SET/CONTINUED:     $_____100,000 CSB w/NEBBIA_____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this __31ST__ day of __MARCH_____, 2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: /s/ Jenny Buttle
                                        Deputy Clerk

                                    Tape No. ___00-018___

cc: Copy for Judge
    U. S. Attorney

