UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APR - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA ]   CASE NUMBER: CR 00-6081-
            Plaintiff    ]                  FERGUSON
      -vs-               ]   REPORT COMMENCING CRIMINAL
OSCAR HERNAN             ]   ACTION
TENORIO - MALLARINO      ]   25817-053
          Defendant          USMS Number

*************************************************************
TO: CLERK'S OFFICE   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
*************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 3/30/00      (AM) 11:30 PM ___

(2) LANGUAGE SPOKEN: SPANISH

(3) OFFENSE(S) CHARGED: 8 USC 1326 (a)(b)(2)


(4) UNITED STATES CITIZEN: ( ) YES (✓) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 11-27-44

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [X] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # 00-6081 FERGUSON
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

AMOUNT OF BOND: $ N/A          WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 3/31/00      ARRESTING OFFICER: JULIAN HERNANDEZ

(10) AGENCY: US INS         (11) PHONE: 305-762-3702

(12) COMMENTS: N/A