UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6081-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

OSCAR TENORIO-MALLARINO,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 17, 2000.  At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending.  The Government further represented that it is ready to proceed and that this matter would require one day to try.

2.    Defense counsel informed the Court that this matter will likely be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this ___ day of April 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Matthew Menchel, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant