**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    Case No. 00-6081 -CR-FERGUSON

    Plaintiff(s),

vs.

OSCAR TENORIO-MALLARINO (J)

    Defendant(s).

_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a CHANGE OF

PLEA/STATUS CONFERENCE hearing before the undersigned at the United States District Court,

**299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on MAY 19, 2000**

**at 11:30 A.M.** minutes have been reserved for this matter.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 5th day of May, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Daryl Wilcox, AFPD
Matthew Menchel, AUSA

