UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CR-FERGUSON



UNITED STATES OF AMERICA,
Plaintiff,

v.

OSCAR TENORIO-MALLARINO,
Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that the appointment as counsel

for the Defendant, Oscar Tenorio-Mallarino, be terminated as the Defendant has retained Ernesto

S. Medina, Esq., 550 NW 42 Ave., #217, Miami, Florida 33126, to represent him in this

proceeding, and said attorney has filed a written notice of appearance.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX 954/356-7556

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this $2nd$
Day of June, 2000, to Matthew Menchel Assistant United States Attorney, at 299 E. Broward
Blvd., Ft. Lauderdale, FL 33301; and Ernesto S. Medina, Esq., 550 NW 42 Ave., #217, Miami,
Florida 33126.

_____
Daryl E. Wilcox