**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 00-6081-CR-WDF** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **OSCAR TENORIO MALLARINO** ) | |
| ) | |
| ) | |
| **Defendant.** ) | NOTICE OF RE-ASSIGNMENT |
| _____ ) | |

The United States of America, through the undersigned Assistant United States Attorney, respectfully notifies the Court of assignment of the above-captioned case to the undersigned Assistant United States Attorney.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY
Court/Bar Number COURT NO. A5500061
99 Northeast Fourth Street
Miami, Florida 33132-2111
(954) 356-7255 EXT. 3597



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail on July 5, 2000, upon: Ernesto Medina, Esq., 55 N.W. 42nd Avenue, Suite 217, Miami, Fl 33126.

*Debra J. Stuart*
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY

:NOTICE.APP