DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CR-FERGUSON

UNITED STATES OF AMERICA,          :

        PLAINTIFF,          :

v.          :

OSCAR HERNAN TENORIO-MALLARINO,          :

        DEFENDANT.          :

_____

## MOTION TO CONTINUE

The undersigned Assistant United States attorney files this Motion to Continue the sentencing hearing in this cause, and states the following:

1.    Defendant entered a plea of guilty to the indictment in this cause.

2.    On July 5, 2000, this case was assigned to the undersigned Assistant United States attorney. The sentencing in this cause is scheduled for 11:00 a.m. on Friday, September 8, 2000. The undersigned is presently scheduled to be in Miami on September 8 for a mandatory meeting related to oral argument in the case of Loleta Allen-Brown, Case No. 99-13688, which is scheduled to be heard by the United States Court of Appeals for the Eleventh Circuit, during the following week. As the undersigned was trial counsel, her presence is necessary at the scheduled meeting, which directly conflicts with the sentencing in this cause.

3.    The undersigned has contacted the office of Ernesto Medina, Esquire, counsel for defendant who has no objection to a continuance of the sentencing in this cause for two weeks.



4.    The defendant will not be prejudiced by the brief continuance requested.

NOW, THEREFORE, the undersigned respectfully requests a continuance of the

sentencing in this cause for a period of two weeks.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:    _____

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY
COURT NO. A0050061
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336