UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO. 00-6081-CR-WDF

    Plaintiff

v.

OSCAR TENORIO MALLARINO

    Defendant.
_____/



## MOTION TO MITIGATE

    The Defendant, OSCAR TENORIO MALLARINO, by and through his undersigned counsel moves this Honorable Court to depart downward from the applicable guidelines range pursuant to Section 5K2.13 of the Federal Sentencing Guidelines due to the fact that the Defendant acted with a diminished capacity when he entered the United States, because at said time his wife, who was residing in the United States with three minor children, had been suffering from accident-related injuries that had prevented her from working for significant periods of time. Thus, the Defendant sought to enter the United States, without fully reflecting that he was committing a criminal offense, so that he could work to support his wife and minor children who were in dire distress economically.

    WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this Motion.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by facsimile and hand-delivery to Debra J. Stuart, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 and by facsimile to Rick Garcia, U.S. Probation Officer on this 25th day of September, 2000.

ERNESTO S. MEDINA, ESQ.
550 N.W. 42 Avenue, #217
Miami, FL 33126
(305)447-0977
Florida Bar No. 299855