SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6081-CR-WDF_

DEFENDANT _A. Inario-Mallorin_ JUDGE ____WILKIE D. FERGUSON____

Deputy Clerk ___TROY T. WALKER___    DATE _Nov 26, 2000_

Court Reporter ___Paul Haferling___    USPO _____

AUSA _Debra, Stuart_    Deft's Counsel _Ernesto Medina, Esq_

COUNTS DISMISSED ___All Others___
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.    FILED by _____ D.C.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM    SEP 29 2000

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 46 | 1 |

Supervised Release _2 yrs_

| Probation | Years | Months | Counts |
|---|---|---|---|
|  |  |  |  |

Comments _____

Assessment $ _100.00_    Fine $ _____

Restitution /Other _____

### CUSTODY

_✓_ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

**Commitment Recommendation:** _____

