FILING FEE
PAID $105.00
In Forma Pauperis Receipt #526640
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CR-WDF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSCAR TENORIO MALLARINO,

    Defendant.
_____/

### NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN that OSCAR TENORIO-MALLARINO, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the Final Judgment of Conviction and Sentence entered in this action on the 26th day of September, 2000.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by U.S. Mail, to DEBRA J. STUART, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, on this 6th day of October, 2000.

*Ernesto S. Medina*
ERNESTO S. MEDINA, ESQ.
525 N.W. 27th Avenue, Suite 100
Miami, Florida 33125
(305) 631-0977
Florida Bar No. 299855

