UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CR-WDF

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

OSCAR TENORIO MALLARINO,

    Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that ERNESTO S. MEDINA, Attorney for Defendant, OSCAR TENORIO MALLARINO, has relocated his offices, and hereby requests that all future pleadings, correspondence, notices, etc., be forwarded to:

    ERNESTO S. MEDINA, ESQ.
    525 N.W. 27th Avenue, Suite 100
    Miami, Florida 33125
    (305) 631-0977

    _____
    ERNESTO S. MEDINA, ESQ.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was mailed to DEBRA J. STUART, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, on this 6th day of October, 2000.

    _____
    ERNESTO S. MEDINA, ESQ.
    Florida Bar #299855
    525 N.W. 27th Avenue, Suite 100
    Miami, Florida 33125
    (305) 631-0977