UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by D.C.
DEC 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | Case No. 00-6081-Cr-WDF |
| ) | |
| Plaintiff, ) | |
| ) | Fort Lauderdale, Florida |
| vs ) | September 26, 2000 |
| ) | Tuesday |
| OSCAR TENORIO-MALLARINO, ) | |
| ) | |
| Defendant. ) | |

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:        TOM LANIGAN, AUSA
                          ROGER STEFIN, AUSA

FOR THE DEFENDANT:         ERNESTO MEDINA, ESQ.

COURT REPORTER:            PAUL HAFERLING, RPR



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**