UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS        Date: January 10, 2001
Eleventh Judicial Circuit           USDC # 00-6081-CR-WDF
56 Forsyth Street                   USCA # 00-15314-J
Atlanta, Georgia   30303
```

IN RE: **USA v. Tenorio-Mallarino**

==================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    _1_ Volume of Pleadings
    _1_ Volume of Transcripts

  _X_ Exhibits:

    _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                       Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

```
                                              LSS      CLOSED
                                              APPEAL
              U.S. District Court
    Southern District of Florida (FtLauderdale)

    CRIMINAL DOCKET FOR CASE #: 00-CR-6081-ALL

USA v. Tenorio-Mallarino                              Filed: 03/30/00
Dkt# in other court: None

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

OSCAR HERNAN TENORIO-MALLARINO     Ernesto Segundo Medina
(1) , DOB" 11/27/44  Prisoner       [term  09/29/00]
#25817-053                          [COR LD NTC ret]
aka                                 Ernesto S. Medina
Jorge Zunega                        525 NW 27th Avenue
    defendant                       Suite 100
 [term  09/29/00]                   Miami, FL 33125-5649
                                    305-631-0977

                                    Public Defender
                                     [term  06/13/00]
                                    [COR LD NTC pda]
                                    Daryl Elliott Wilcox
                                     [term  09/29/00]
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    101 NE 3rd Avenue
                                    Suite 202
                                    Fort Lauderdale, FL 33301-1145
                                    954-356-7436


Pending Counts:                          Disposition

8:1326A.F REENTRY OF DEPORTED       The defendant is hereby
ALIEN - FELONY                      commiteed to the custody of the
(1)                                 U.S. Bureau of Prisons to be
                                    imprisoned for at total of 46
                                    months. Upon release the
                                    defendant shall be on
                                    supervised    release for a
                                    term of 3 years. At the
                                    completion of the
                                    defendan's term of imprisonment,
                                    the defendant shall be
                                    surrendered to the custodya of
                                    the Immigration and
                                    Naturalization Service for
                                    deportations proceedings.
                                    Defendant shall pay the total
                                    of $100.00 criminal monetary

Docket as of January 10, 2001 8:27 am                 Page 1
```

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 1-10-01

Proceedings include all events.
0:00cr6081-ALL USA v. Tenorio-Mallarino

LSS
CLOSED APPEAL

penalities. B
(1)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

```
Proceedings include all events.                          LSS
0:00cr6081-ALL USA v. Tenorio-Mallarino           CLOSED APPEAL

OSCAR HERNAN TENORIO-MALLARINO, also known as Jorge Zunega,
DOB" 11/27/44 Prisoner #25817-053

          defendant


=========================

USA

          plaintiff


U. S. Attorneys:

  Debra J. Stuart
  FTS 356-7228
  954-356-7255
  [COR LD NTC]
  Matthew Menchel
   [term  07/05/00]
  Below Address Terminated on 7/20/00
  FTS 356-7228
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

-cr-06081-WDF    Document 32    Entered on FLSD Docket 01/10/2001    P

Proceedings include all events.                                              LSS
0:00cr6081-ALL USA v. Tenorio-Mallarino                      CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 3/30/00 | 1 | INDICTMENT as to Oscar Hernan Tenorio-Mallarino (1) count(s) 1 (Criminal Category 1) (dd) [Entry date 03/30/00] |
| 3/30/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (dd) [Entry date 03/30/00] |
| 3/30/00 | 2 | ARREST WARRANT issued as to Oscar Hernan Tenorio-Mallarino . Warrant issued by Ch. Magistrate Judge Lurana S. Snow Bail fixed at PTD Requested (dd) [Entry date 03/30/00] |
| 3/31/00 | 3 | Minute of initial appearance/arraignment held on 3/31/00 before Ch. Magistrate Judge Lurana S. Snow as to Oscar Hernan Tenorio-Mallarino ; Court Reporter Name or Tape #: 00-18/1475 (dp) [Entry date 04/03/00] |
| 3/31/00 | -- | ARREST of Oscar Hernan Tenorio-Mallarino (dp) [Entry date 04/03/00] |
| 3/31/00 | 6 | ORDER on Initial Appearance as to Oscar Hernan Tenorio-Mallarino Bond set to $100,000 CSB w/Nebbia for Oscar Hernan Tenorio-Mallarino., for Appointment of Public Defender, , ( Signed by Ch. Magistrate Judge Lurana S. Snow on 3/31/00) CCAP (dp) [Entry date 04/04/00] |
| 3/31/00 | -- | Initial appearance as to Oscar Hernan Tenorio-Mallarino held (Defendant informed of rights.) (dp) [Entry date 04/04/00] |
| 3/31/00 | 7 | ARRAIGNMENT INFORMATION SHEET for Oscar Hernan Tenorio-Mallarino (1) count(s) 1    NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 04/04/00] |
| 3/31/00 | 9 | STANDING DISCOVERY ORDER as to Oscar Hernan Tenorio-Mallarino   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Ch. Magistrate Judge Lurana S. Snow on 3/31/00) CCAP (dp) [Entry date 04/04/00] |
| 3/31/00 | 10 | ORDER SETTING STATUS CONFERENCE as to Oscar Hernan Tenorio-Mallarino   Status conference set for 11:00 4/17/00 for Oscar Hernan Tenorio-Mallarino   before Magistrate Barry S. Seltzer ( Signed by Ch. Magistrate Judge Lurana S. Snow on 3/31/00) CCAP [EOD Date: 4/4/00]   CCAP (dp) [Entry date 04/04/00] |
| 4/3/00 | 4 | ARREST WARRANT Returned Executed as to Oscar Hernan Tenorio-Mallarino on 3/21/00 (dp) [Entry date 04/03/00] |
| 4/3/00 | 5 | NOTICE of Assignment of Assistant Public Defender for Oscar Hernan Tenorio-Mallarino . Terminated  AFPD Daryl Elliott Wilcox assigned. (dp) [Entry date 04/04/00] |

```
Proceedings include all events.                                    LSS
0:00cr6081-ALL USA v. Tenorio-Mallarino              \/\|   \C\_+ CLOSED APPEAL
```

| Date | Doc # | Description |
|---|---|---|
| 4/3/00 | 8 | REPORT Commencing Criminal Action as to Oscar Hernan Tenorio-Mallarino  DOB: 11/27/44  Prisoner # 25817-053 (dp) [Entry date 04/04/00] |
| 4/7/00 | 11 | SCHEDULING ORDER as to Oscar Hernan Tenorio-Mallarino setting Calendar Call for 3:15 5/15/00 for Oscar Hernan Tenorio-Mallarino ; Jury Trial for 5/22/00 for Oscar Hernan Tenorio-Mallarino ;   before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 4/5/00) CCAP [EOD Date: 4/10/00]  CCAP (dp) [Entry date 04/10/00] |
| 4/7/00 | 12 | RESPONSE to Standing Discovery Order by USA  as to Oscar Hernan Tenorio-Mallarino (dp) [Entry date 04/10/00] |
| 4/17/00 | 13 | STATUS REPORT ORDER as to Oscar Hernan Tenorio-Mallarino  . ( Signed by Magistrate Barry S. Seltzer on 4/17/00) CCAP [EOD Date: 4/18/00]  CCAP (dp) [Entry date 04/18/00] |
| 4/17/00 | 14 | Minute of status conference held on 4/17/00  before Magistrate Barry S. Seltzer as to Oscar Hernan Tenorio-Mallarino ;  Court Reporter Name or Tape #: 00-20/730 (dp) [Entry date 04/18/00] |
| 4/17/00 | -- | Status conference as to Oscar Hernan Tenorio-Mallarino held (dp) [Entry date 04/18/00] |
| 5/10/00 | 15 | ORDER as to Oscar Hernan Tenorio-Mallarino  set Change of Plea Hearing for 11:30 5/19/00 for Oscar Hernan Tenorio-Mallarino    before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 5/5/00) CCAP [EOD Date: 5/11/00] CCAP (dp) [Entry date 05/11/00] |
| 5/19/00 | 16 | NOTICE of Appearance for Oscar Hernan Tenorio-Mallarino by Attorney Ernesto Segundo Medina (dp) [Entry date 05/22/00] |
| 6/2/00 | 17 | MOTION by Oscar Hernan Tenorio-Mallarino for Daryl Wilcox to withdraw as attorney (dp) [Entry date 06/06/00] |
| 6/13/00 | 18 | ORDER as to Oscar Hernan Tenorio-Mallarino  granting [17-1] motion for Daryl Wilcox to withdraw as attorney (Terminated: attorney Public Defender for Oscar Hernan Tenorio-Mallarino as to Oscar Hernan Tenorio-Mallarino (1) ( Signed by Magistrate Judge Lurana S. Snow on 6/13/00) CCAP [EOD Date: 6/14/00] CCAP (dp) [Entry date 06/14/00] |
| 6/30/00 | 19 | Minutes of change of plea held on 6/30/00  before Judge Wilkie D. Ferguson Jr. as to Oscar Hernan Tenorio-Mallarino ; GUILTY: Oscar Hernan Tenorio-Mallarino (1) count(s) 1  Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 07/03/00] |
| 6/30/00 | 20 | Plea Agreement as to Oscar Hernan Tenorio-Mallarino (dp) [Entry date 07/03/00] |

Proceedings include all events.                                               LSS
0:00cr6081-ALL USA v. Tenorio-Mallarino                    vu. \cny CLOSED APPEAL

| | | |
|---|---|---|
| 6/30/00 | (21) | NOTICE of Hearing as to Oscar Hernan Tenorio-Mallarino : setting Sentencing for 11:00 9/8/00 for Oscar Hernan Tenorio-Mallarino  before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 07/03/00] |
| 7/5/00 | (22) | NOTICE of Reassignment of US Attorney. Terminated attorney Matthew Menchel for USA Added Debra J. Stuart (dp) [Entry date 07/06/00] |
| 9/6/00 | (23) | MOTION by USA  as to Oscar Hernan Tenorio-Mallarino to continue sentencing (dp) [Entry date 09/07/00] |
| 9/25/00 | (24) | MOTION by Oscar Hernan Tenorio-Mallarino for downward departure (dp) [Entry date 09/26/00] |
| 9/26/00 | -- | Sentencing  held Oscar Hernan Tenorio-Mallarino (1) count(s) 1 (jl) [Entry date 10/02/00] [Edit date 10/03/00] |
| 9/29/00 | (25) | Minutes of sentencing held on 9/26/00  before Judge Wilkie D. Ferguson Jr. as to Oscar Hernan Tenorio-Mallarino ; Court Reporter Name or Tape #: Paul Haferling (jl) [Entry date 10/02/00] |
| 9/29/00 | (26) | JUDGMENT as to  Oscar Hernan Tenorio-Mallarino (1) count(s) 1.  The defendant is hereby commiteed to the custody of the U.S. Bureau of Prisons to be imprisoned for at total of 46 months. Upon release the defendant shall be on supervised release for a term of 3 years. At the completion of the defendan's term of imprisonment, the defendant shall be surrendered to the custodya of the Immigration and Naturalization Service for deportations proceedings. Defendant shall pay the total of $100.00 criminal monetary penalities. B  ( Signed by Judge Wilkie D. Ferguson Jr. on 9/27/00) CCAP [EOD Date: 10/2/00]  CCAP (jl) [Entry date 10/02/00] |
| 10/6/00 | (27) | NOTICE OF APPEAL by Oscar Hernan Tenorio-Mallarino re: [26-1] judgment order .  EOD Date: 10/2/00; Oscar Hernan Tenorio-Mallarino (1) count(s) 1;  Filing Fee: $ 105.00 Receipt #: 520644; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 10/06/00] |
| 10/6/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Oscar Hernan Tenorio-Mallarino [27-1] appeal (gf) [Entry date 10/06/00] |
| 10/6/00 | (28) | NOTICE of Change of Address of attorney by Oscar Hernan Tenorio-Mallarino (dp) [Entry date 10/10/00] |
| 10/13/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Oscar Hernan Tenorio-Mallarino  Re: [27-1] appeal   USCA Number: 00-15314-J (dl) [Entry date 10/17/00] |

```
Proceedings include all events.                                    LSS
0:00cr6081-ALL USA v. Tenorio-Mallarino                    CLOSED APPEAL
                                                Vll.1 (cont.)
11/21/00  29    TRANSCRIPT INFORMATION FORM as to Oscar Hernan
                Tenorio-Mallarino  re: [27-1] appeal received. (Forwarded
                to Court Reporter Coordinator) (gf) [Entry date 11/30/00]

12/8/00   30    Appeal Information Sheet as to Oscar Hernan
                Tenorio-Mallarino  re: [27-1] appeal Transcript due 1/8/01
                for Oscar Hernan Tenorio-Mallarino (gf)
                [Entry date 12/11/00]

12/13/00  31    TRANSCRIPT filed as to Oscar Hernan Tenorio-Mallarino of
                Sentencing held 9/26/00  before Judge Wilkie D. Ferguson,
                Jr.  Volume #: 1  Pages: 1-18  re: [27-1] appeal . Appeal
                record due on 12/28/00 for Oscar Hernan Tenorio-Mallarino
                (gf) [Entry date 12/13/00]
                                                              vol. 2
1/10/01   32    Certificate of readiness transmitted to USCA as to Oscar
                Hernan Tenorio-Mallarino  re: [27-1] appeal  by Oscar
                Hernan Tenorio-Mallarino   USCA # 00-15314-J (dl)
                [Entry date 01/10/01]
                                                     End vol. 1
```