REC'D by D.C.
FEB 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CR-WDF

FILED by ______ D.C.
DKTG
OCT 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

OSCAR TENORIO MALLARINO,

Defendant,

_______________________________/

MOTION TO PERMIT UNDERSIGNED COUNSEL TO WITHDRAW AND TO APPOINT COUNSEL TO HANDLE THE APPEAL

COMES NOW, ERNESTO S. MEDINA, Counsel for the Defendant OSCAR TENORIO MALLARINO, and moves this Honorable Court to permit him to withdraw as counsel for the Defendant, and to appoint counsel to handle the appeal, and as grounds therefore states as follows:

1. The Defendant is indigent and cannot afford to pay for the services of an attorney to handle the Appeal.

2. The Defendant's family paid undersigned counsel a modest amount for his services.

3. Irreconcilable differences have arisen between undersigned counsel and the Defendant, which could affect the effective representation of the Defendant.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant this Motion.

33

CASE NO. 00-6081-CR-WDF

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was forwarded by U.S. Mail to DEBRA J. STUART, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, on this 6th day of October, 2000.

*[signature]*

ERNESTO S. MEDINA, ESQ.
525 N.W. 27th Avenue, Suite 100
Miami, Florida 33125
(305) 631-0977

Fla. Bar #299855