UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
　　　　Plaintiff,

Vs.　　　　　　　　　　　　Case No. 00-6081-CR-FERGUSON

OSCAR TENORIO MALLARINO,
　　　　Defendant.
_____/

FILED BY
MAR 3 0 2001

**ORDER**

THIS MATTER is before the Court on the defendant's Motion to Permit Undersigned Counsel to Withdraw and To Appoint Counsel to Handle the Appeal, filed on October 6, 2000. After consideration, it is

ORDERED AND ADJUDGED that the motion is **_GRANTED_** as to counsel withdrawing from this case. However, the motion is **_DENIED WITHOUT PREJUDICE_** as to the appointment of counsel for appeal. The defendant may resubmit a motion along with an affidavit of indigence and a statement of issues to be raised in an appeal.

DONE AND ORDERED in Fort Lauderdale, Florida this 29th day of March 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Debra Stuart, AUSA and Ernesto S. Medina, Esq