UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                      Case No. 00-6081-CR-FERGUSON

OSCAR TENORIO MALLARINO,
    Defendant.
_____/

### ORDER DISMISSING AS MOOT MOTION FOR STATUS OF TRIAL MOTION TO WITHDRAW AND TO APPOINT COUNSEL

THIS MATTER is before the Court on the above-mentioned motion filed by defendant Oscar Tenorio Mallarino on December 5, 2000 After considering the motion, it is hereby,

**ORDERED AND ADJUDGED** that the motion is *DISMISSED*.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___6th___ day of Aug~~July~~, 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Copies
Debra Stuart, AUSA
Ernesto Segundo Medina, Esq.,
525 N.W. 27th Avenue
Suite 100
Miami, FL 33125

35