**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court


CLERK, U.S. COURT OF APPEALS           Date: <u>October 10, 2001</u>
Eleventh Judicial Circuit              USDC # <u>00-6081-CR-WDF</u>
56 Forsyth Street                      USCA # <u>00-15314-JJ</u>
Atlanta, Georgia    30303

IN RE: **USA v. Tenorio-Mallarino**

========================================================================

#### 1st Supplemental Certificate of Readiness and Transmittal of Supplemental Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

<u>1</u> Volume of Transcripts


Judge <u>The Honorable Wilkie D. Ferguson, Jr.</u>



Sincerely,

Clarence Maddox, Court Administrator/Clerk


By: _____
                              Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.


_____
         Signature

_____

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

Proceedings include events between 10/9/01 and 10/10/01.         LSS
0:00cr6081-ALL USA v. Tenorio-Mallarino              CLOSED APPEAL

                                      LSS    CLOSED
                                      APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6081-ALL

USA v. Tenorio-Mallarino                        Filed: 03/30/00
Dkt# in other court: None

| | | |
|---|---|---|
| 10/9/01 | 36 | TRANSCRIPT filed as to Oscar Hernan Tenorio-Mallarino  of Change of Plea held 6/30/00  before Judge Wilkie D. Ferguson, Jr.  Volume #: 1  Pages: 1-14  re: [27-1] appeal . Appeal record due on 10/24/01 for Oscar Hernan Tenorio-Mallarino (gf) [Entry date 10/10/01] *Supp. 1, Vol. 1* |
| 10/10/01 | 37 | 1st Supplemental Certificate of Readiness and Transmittal of Supplemental Record consisting of one (1) vol. of transcripts to USCA as to Oscar Hernan Tenorio-Mallarino re: [27-1] appeal by Oscar Tenorio-Mallarino USCA # 00-15314-JJ (gf) [Entry date 10/10/01] |

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10/10/01