```
 1
 2
 3
                UNITED STATES DISTRICT COURT
 4              SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION
 5
 6
    UNITED STATES OF AMERICA,    )
 7                               )
              Plaintiff,         )   Case No. 00-6081-Cr-WDF
 8                               )
    vs.                          )   Fort Lauderdale, Florida
 9                               )   June 30, 2000
    OSCAR TENORIO-MELLARINO,     )
10                               )
              Defendant.         )
11  _____)

12                                       FILED by      D.C.

13                                          OCT - 9 2001

14              TRANSCRIPT OF CHANGE OF PLEA
       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.
15
16
17  APPEARANCES:
18
19  FOR THE GOVERNMENT:          EDWARD RYAN, AUSA
20
    FOR THE DEFENDANT:           ERNESTO MEDINA, ESQ.
21
22
23
    COURT REPORTER:              PAUL HAFERLING
24
25
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE